## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**THOMAS RAY DARYL WILSON**                                    **PLAINTIFF**

**V.**                                  **NO. 4:21-cv-00813-BSM-ERE**

**PERKINSON,** *et al.*                                    **DEFENDANTS**

## ORDER

On September 13, 2021, Plaintiff Thomas Ray Daryl Wilson, who is being held at the Boone County Jail, filed a complaint (*Doc. 2*) under 42 U.S.C. § 1983. Mr. Wilson's complaint raises issues related to his treatment while he was housed in the Boone County Detention Center, in Harrison, Arkansas. *Doc. 2*. Harrison, Arkansas is located in the Western District of Arkansas.

The interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a).

IT IS THEREFORE ORDERED THAT the Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 16th day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE